1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Suite 112
Fresno, California 93720
3  Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5  Attorney for Defendant, CHRISTINE CHURCH

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,       )   CASE #6:06-mj-00224-WMW
                                   )
11         Plaintiff,               )
                                   )   STIPULATION TO CONTINUE
12                                 )   UNTIL FEBRUARY 20, 2007
                                   )
13 vs.                             )
                                   )
14 CHRISTINE CHURCH,               )
                                   )
15         Defendant.               )
                                   )
16 _____ )

17     IT IS HEREBY STIPULATED by and between the Defendant, CHRISTINE CHURCH,

18 her Attorney of record, Carol Ann Moses, and the Legal Officer for the United States

19 Government, ELIZABETH WALDOW, that the Status Conference in the above-captioned

20 matter currently scheduled for January 23, 2007, at 10:00 a.m. be continued until February 20,

21 2007 at 10:00 a.m. as discovery has not been completed.

22 Dated:    January 17, 2007

23                                              By:  /S/ Carol Ann Moses
                                                    CAROL ANN MOSES
24                                                  Attorney for Defendant
                                                    CHRISTINE CHURCH
25 Dated:    January 18, 2007
                                                By:  /S/ Elizabeth Waldow
26                                                  Elizabeth Waldow
                                                    Legal Officer for
27                                                  United States Government

28

---
1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1
2                                    * * * ORDER * * *
3         The Court, having reviewed the above request for a Continuance of Status Conference
4   until February 20, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
5         1.      The Status Conference Hearing for Defendant, CHRISTINE CHURCH, shall be
6                 continued to February 20, 2007 at 10:00 a.m.
7   Dated: _____, 2007
                                                    By: _____
8                                                        WILLIAM M WUNDERLICH
                                                         United States Magistrate Judge
9
                                    IT IS SO ORDERED.
10
           **Dated:    January 22, 2007            /s/  William M. Wunderlich**
11                     mmkd34UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28