1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Suite 112
Fresno, California 93720
3  Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5  Attorney for Defendant, CHRISTINE CHURCH

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES GOVERNMENT,       )     CASE # 6:06-mj-00224-WMW
                                    )
11          Plaintiff,               )
                                    )     STIPULATION TO CONTINUE
12                                   )     UNTIL SEPTEMBER 18, 2007
    vs.                              )
13                                   )
    CHRISTINE CHURCH,                )
14                                   )
            Defendant.                )
15  _____)

16          IT IS HEREBY STIPULATED by and between the Defendant, CHRISTINE CHURCH,

17  her Attorney of record, Carol Ann Moses, and the Legal Officer for the United States

18  Government, ELIZABETH WALDOW, that the Status Conference in the above-captioned matter

19  currently scheduled for September 4, 2007, at 10:00 a.m. be continued until September 18, 2007

20  at 10:00 a.m. to accommodate the litigation schedule of defense counsel.

21

22  Dated: August 20, 2007                    By:  /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
23                                                 Attorney for Defendant
                                                   CHRISTINE CHURCH
24

25

26  Dated: August 20, 2007_____           By:  /s/ Elizabeth Waldow
                                                    Elizabeth Waldow
27                                                  Legal Officer for
                                                    United States Government
28

---
1
STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON

1                              * * * ORDER * * *

2      The Court, having reviewed the above request for a Continuance of Status Conference
3 until September 18, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
4      1.    The Status Conference Hearing for Defendant, CHRISTINE CHURCH, shall be
5            continued to September 18, 2007 at 10:00 a.m.

6 Dated: _____, 2007
                                             By: _____
7                                                 WILLIAM M WUNDERLICH
                                                  United States Magistrate Judge
8
                                IT IS SO ORDERED.
9
        **Dated:   August 20, 2007         /s/  William M. Wunderlich**
10                              UNITED STATES MAGISTRATE JUDGE